UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:23-MJ-01134 |
| ) | |
| HRIDINDI SANKAR ROYCHOWDHURY, ) | |
| Defendant ) | |

### AFFIDAVIT OF OUTSTANDING ARREST WARRANT PURSUANT TO FED.R.CRIM.P. 5(c)(3)

I, Cheryl Patty, Task Force Officer, Federal Bureau of Investigation, do hereby make oath before the Honorable Donald L. Cabell, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for Hridindi Sankar Roychowdhury on a complaint issued by the United States District Court for the Western District of Wisconsin on March 27, 2023, charging the defendant with Causing Damage by Fire or by an Explosive, a violation of 18 U.S.C. § 844(i). I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. A copy of said warrant is attached.

Cheryl Patty
Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to this 30th day of March, 2023.

Donald L. Cabell
United States Magistrate Judge